|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEVADA** |
| | \* \* \* |
| MARKQWON ALLEN, | Case No. 2:20-cv-01576-JAD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| AUSTIN BONE, et al., | |
| Defendants. | |

      Presently before the Court is Plaintiff Markqwon Allen's Second Motion/Application to Proceed *in forma pauperis* (ECF No. 4), filed on September 29, 2020.  The Court will again deny it as it is incomplete.  Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed IFP and attach (1) an inmate account statement for the past six months, and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in plaintiff's inmate trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period.  LSR 1-2.

      Here, Plaintiff's IFP application is incomplete because he again did not submit an inmate account statement for the past six months and he also fails to attach a proposed complaint for the Court to screen. The Court therefore will deny Plaintiff's IFP application without prejudice.  The Court will provide Plaintiff with **one more opportunity** to properly complete his IFP application or pay the full filing fee for this action.  If Plaintiff chooses to file a another IFP application, then he must file a complete application including all the documents referenced in this Order **along with his entire proposed complaint**.

IT IS THEREFORE ORDERED that Plaintiff's Second Motion/Application to Proceed *In Forma Pauperis* (ECF No. 4) is **denied without prejudice**.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by December 2, 2020, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: November 2, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE