**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Markqwon Allen,

        Plaintiff

v.

Austin Bone, et al.,

        Defendants

Case No.: 2:20-cv-01576-JAD-DJA

**Order Adopting Report & Recommendation, Denying Third IFP Motion, and Directing Plaintiff to Pay the Filing Fee**

[ECF Nos. 6, 7]

    Having denied Plaintiff Markqwon Allen's first two applications to proceed in forma pauperis (IFP) with instructions for curing the deficiencies,[1] the magistrate judge considered Allen's third application.[2] Finding this third try still inadequate because it is missing the required inmate statement and a complaint for screening, the magistrate judge recommends that I deny the motion and order Allen to pay the filing fee if he wants to proceed with this case.[3] The deadline for the plaintiff to object to that recommendation was December 30, 2020, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 7] is ADOPTED** in its entirety and Allen's third IFP application **[ECF No. 6] is DENIED** without leave to file a fourth one. **Allen has until January 25, 2021,**

---

[1] ECF Nos. 3, 5 (orders).

[2] ECF No. 6.

[3] ECF No. 7.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**to pay the full $400 filing fee.  If he fails to pay the full $400 filing fee by that deadline, this case will be dismissed and closed without further prior warning.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2021